UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Dimas Ramirez

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:21-mj-03591

Defendant Dimas Ramirez hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

Dimas Ramirez by *Susanne Brody*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Dimas Ramirez**
Print Defendant's Name

*Susanne Brody*
Defendant's Counsel's Signature

Susanne Brody
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

April 1, 2021
Date

U.S. District Judge/**U.S. Magistrate Judge**