# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

July 13, 2021

BY ECF, EMAIL, AND MAIL
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Dimas Ramirez
21 Mag. 3591(UA)

Dear Magistrate Judge Davison:

This letter is written on behalf of Mr. Dimas Ramirez and respectfully requests that this Court modify the conditions of his bail which required that he not live at home with his children. This condition was initially imposed because of a Rockland County Department of Social Services Child Protection Services investigation. This investigation was a result of his instant charges for child pornography. Rockland has finished the investigation and closed the case. Therefore, there is no longer a "stay away" Order in place. I have discussed this with Leo Barrios, U.S.P.T.O. and Marcia Cohen, A.U.S.A. neither of whom objects to the request that he be permitted to move home with his family. The remainder of the bail markings will remain in place including the electronic monitoring.

We thank the Court in advance for your kind consideration of this request.

Respectfully submitted,

/s/

Susanne Brody

cc: Marcia Sue Cohen, A.U.S.A.
   Leo Barrios, U.S.P.T.O.
   Mr. Dimas Ramirez

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.
7/14/21